**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Allstate Lending Group Servicing LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-5455100** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2540 Corporate Place, B108 Monterey Park, CA 91754** <br> Number, Street, City, State & ZIP Code | **c/o Howard B. Grobstein, CRO 6300 Canoga Avenue, Suite 1500W Woodland Hills, CA 91367** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles** <br> County | **Location of principal assets, if different from principal place of business** <br> **c/o Howard B. Grobstein, CRO 6300 Canoga Avenue, Suite 1500W Woodland Hills, CA 91367** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Allstate Lending Group Servicing LLC**                         Case number (*if known*) _____
  Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

___**5223**___

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor  **Allstate Lending Group Servicing LLC**                                   Case number (*if known*) _____
        Name

| List all cases. If more than 1, attach a separate list | Debtor | **Allstate Lending Group, Inc.** | Relationship | **Affiliates** |
|---|---|---|---|---|
| | District | **Central District of California** | When **2/27/26** | Case number, if known **2:26-bk-11879** |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Allstate Lending Group Servicing LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 27, 2026**
MM / DD / YYYY

X _____     **Howard Grobstein**
Signature of authorized representative of debtor     Printed name

Title    **Chief Restructuring Officer**

**18. Signature of attorney**

X _____     Date **February 27, 2026**
Signature of attorney for debtor     MM / DD / YYYY

**Kyra E. Andrassy**
Printed name

**Raines Feldman Littrell LLP**
Firm name

**4675 MacArthur Court**
**Suite 1550**
**Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

Contact phone    **(310) 440-4100**    Email address    **kandrassy@raineslaw.com**

**207959 CA**
Bar number and State

Docusign Envelope ID: 31BA765D-E86A-4346-AD63-4DD71DC4E23E

ACTION BY WRITTEN CONSENT OF THE SOLE MEMBER

OF ALLSTATE LENDING GROUP SERVICING, LLC,

a California limited liability corporation

The undersigned, being the sole member of Allstate Lending Group Servicing, LLC, a California limited liability company (the "Company") and pursuant to Section 17704.07 of the California Revised Uniform Limited Liability Company Act and the operating agreement of the Company, do hereby take the following actions by written consent:

WHEREAS Section 17704.07 of the California Revised Uniform Limited Liability Company Act and the operating agreement authorize the Member to delegate to officers, employees, and agents the authority to conduct the business of the Company and the Member previously consented to the retention of Howard Grobstein as the chief restructuring officer ("**CRO**") for the Company.

WHEREAS the Member has determined that it is advisable and in the best interests of the Company and its creditors for the Company to file a voluntary chapter 11 bankruptcy petition under Title 11 of the United States Code.

NOW THEREFORE BE IT RESOLVED that the Company is authorized to file a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California (the "**Bankruptcy Court**") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing; and it is further

RESOLVED that the CRO is authorized, empowered, and directed, with full power of delegation, to negotiate, execute, deliver, and file with the Bankruptcy Court, in the name and on behalf of the Company, and under its corporate seal or otherwise, all plans, petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders and other documents; and it is further

RESOLVED that the CRO is authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts and deeds that the CRO deems necessary, appropriate, or desirable in connection with the Company's bankruptcy case and in furtherance of the restructuring of the Company's debts and obligations, all as consistent with these resolutions and to carry out and put into effect the purposes of these resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions.

IN WITNESS WHEREOF the undersigned, being the sole member of the Company, has executed this action and adopted this resolution by written consent, evidenced by signature below, which may be delivered electronically.  This action and written consent shall become effective upon execution below.

Date:  February 24, 2026

_____
Michael Scannell

10739185.1

Fill in this information to identify the case:

Debtor name    **Allstate Lending Group Servicing LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■  Other document that requires a declaration    **List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 27, 2026**        X _____
                                            Signature of individual signing on behalf of debtor

                                            **Howard Grobstein**
                                            Printed name

                                            **Chief Restructuring Officer**
                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Allstate Lending Group Servicing LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim*** |
| **Marks Captial 512 Via De La Valle Suite 300 Solana Beach, CA 92075** | **brendon@trilogyig. com** | | **Contingent Unliquidated Disputed** | | | **$10,585,000.00** |
| **Jay Refold 270F N Camino Real Unit 295 Encinitas, CA 92024** | **jrefold@gmail.com** | | **Contingent Unliquidated Disputed** | | | **$8,575,000.00** |
| **C-Family Investments 2730 N 9th Street Canon City, CO 81212** | | | **Contingent Unliquidated Disputed** | | | **$5,090,000.00** |
| **Trmy Inc 5840 W Craig Road Suite 120-132 Las Vegas, NV 89630** | **brett@brettfriedma ncpa.com** | | **Contingent Unliquidated Disputed** | | | **$5,037,050.00** |
| **Valerie Weiss 920 Chester Avenue San Marino, CA 91108** | **valkgw@yahoo.co m** | | **Contingent Unliquidated Disputed** | | | **$4,505,000.00** |
| **Greg Perrine 256 Palmer Street Costa Mesa, CA 92627** | **gperrine@murowc m.com** | | **Contingent Unliquidated Disputed** | | | **$3,910,000.00** |
| **King Family Investments 5120 Avenida Encinas Carlsbad, CA 92008** | **bill@kingbenefits.c om** | | **Contingent Unliquidated Disputed** | | | **$2,600,000.00** |
| **Jay Cervenka LT trust 211 W Paseo De Cristobal San Clemente, CA 92672** | **dmgallion2@gmail. com** | | **Contingent Unliquidated Disputed** | | | **$2,540,000.00** |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1

* The amounts listed are based on the amounts invested and do not take into account the value of the creditors' beneficial interest, if any, in any secured loan(s) that they may have funded in whole or in part.

| Debtor | **Allstate Lending Group Servicing LLC** | | Case number *(if known)* | | |
|--------|-----|--|--|--|--|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim* |
| **Jeff Keenan 725 10th Street Manhattan Beach, CA 90266** | **jdkeenan@gte.net** | | **Contingent Unliquidated Disputed** | | | **$2,475,000.00** |
| **Steve Mergenthaler 455 Hillcrest Dr Encinetas, CA 92024** | **stevemerg@aol.com** | | **Contingent Unliquidated Disputed** | | | **$2,450,000.00** |
| **Scott Hackman 4637 N Painted Sky Dr St George, UT 84770** | **shackman666@gmail.com** | | **Contingent Unliquidated Disputed** | | | **$2,420,000.00** |
| **Brett Perrine 26571 Stetson Pl Laguna Hills, CA 92653** | **bperrine@moote.com 714-926-8768** | | **Contingent Unliquidated Disputed** | | | **$2,000,000.00** |
| **Don Edge 887 Delgado Pl Escondido, CA 92025** | **edge73@cox.net** | | **Contingent Unliquidated Disputed** | | | **$2,000,000.00** |
| **Denise Cervenka IRA 2012 Craig Avenue Altadena, CA 91001** | **dmgallion2@gmail.com** | | **Contingent Unliquidated Disputed** | | | **$1,975,000.00** |
| **Patrick Obrien 1624 Via Sage San Celemente, CA 92673** | **Patrick@ptchoa.com** | | **Contingent Unliquidated Disputed** | | | **$1,970,000.00** |
| **Aron Abecassis Trustee of the Aron Abecassis Rev Trust Dtd 4/14/04 Todd Chvat / Wright, Finlay & Zak 4665 MacArthur Ct., Suite 200 Newport Beach, CA 92660** | **Todd E. Chvat tchvat@wrightlegal.net 949-477-5050** | **Litigation** | **Contingent Unliquidated Disputed** | | | **$1,837,000.00** |
| **Michael Marks 17153 Calle Corte #2061 Rancho Santa Fe, CA 92067** | **tigmick@me.com** | | **Contingent Unliquidated Disputed** | | | **$1,800,000.00** |
| **Grant Michelson 1242 El Vago St La Canada, CA 91011** | **grant@michelsonlab.com 562-928-0553** | | **Contingent Unliquidated Disputed** | | | **$1,600,000.00** |
| **Jon Woodruff 585 Oakfield Lane Menlo Park, CA 94025** | **jonallenwoodruff@me.com 650-722-3604** | | **Contingent Unliquidated Disputed** | | | **$1,540,000.00** |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

* The amounts listed are based on the amounts invested and do not take into account the value of the creditors' beneficial interest, if any, in any secured loan(s) that they may have funded in whole or in part.

Debtor    **Allstate Lending Group Servicing LLC**                              Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim*** |
| **Eric Pearson 427 E 17th Street Suite F-483 Costa Mesa, CA 92627** | **epearson99@yahoo.com 949-412-4321** | | **Contingent Unliquidated Disputed** | | | **$1,390,000.00** |

* The amounts listed are based on the amounts invested and do not take into account the value of the creditors' beneficial interest, if any, in any secured loan(s) that they may have funded in whole or in part.

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**Kyra E. Andrassy**
**4675 MacArthur Court**
**Suite 1550**
**Newport Beach, CA 92660**
**(310) 440-4100**
**California State Bar Number: 207959 CA**
**kandrassy@raineslaw.com**

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*

■  **Attorney for Debtor**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Allstate Lending Group Servicing LLC**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS*

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __20__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **February 27, 2026**

_____
Signature of Debtor 1

Date:  _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable

Date:  **February 27, 2026**

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

* This was compiled to the best of the Debtor's ability based on the available books and records and may be supplemented as additional information becomes available.

Allstate Lending Group Servicing LLC
c/o Howard B. Grobstein, CRO
6300 Canoga Avenue, Suite 1500W
Woodland Hills, CA 91367


Kyra E. Andrassy
Raines Feldman Littrell LLP
4675 MacArthur Court
Suite 1550
Newport Beach, CA 92660


Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017


3367 Crestwood Parkway Holding
7 St. Paul Street, Suite 1660
Baltimore, MD 21202


Adam Deierling
5328 Sharynne Ln
Torrance, CA 90505


Alexandria Wheeler
13958 Chester Ave
Saratoga, CA 95070


Alisa Abecassis
c/o Todd E. Chvat
Wright Finlay & Zak LLp
4665 MacArthur Ct #200
Newport Beach, CA 92660


Allen Reback
2115 Voorhees Ave
Unit B
Redondo Beach, CA 90278

Andrew Roundtree
76 Giralda Walk
Long Beach, CA 90803


Andrew Roundtree IRA
76 Giralda Walk
Long Beach, CA 90803


Anthony Guichard
300 Saint Joseph Ave
Long Beach, CA 90814


Ardent Hospice
2110 N. Winery Ave
Fresno, CA 93703


Aron Abecassis Trustee of the Aron
  Abecassis Rev Trust Dtd 4/14/04
Todd Chvat / Wright, Finlay & Zak
4665 MacArthur Ct., Suite 200
Newport Beach, CA 92660


Arthur Nighswonger
944 S Greenwood Ave
Montebello, CA 90640


Benjamin Kirsh
11602 Weatherby Rd
Los Alamitos, CA 90720


Bob Ward
3338 Harvey Way
Lakewood, CA 90712

Brendon Marks
6914 Pasadena Ave
Dallas, TX 75214


Brendon Marks IRA
6914 Pasadena Ave
Dallas, TX 75214


Brett Friedman
4040 Barranca Pkwy
Ste 280
Irvine, CA 92604


Brett Perrine
26571 Stetson Pl
Laguna Hills, CA 92653


Brian Scilacci
557 Toyopa Dr
Pacific Palisades, CA 90272


Brian Van Vechten
6405 Kenzie Cir
Castle Pines, CO 80108


C-Family Investments
2730 N 9th Street
Canon City, CO 81212


Chalan Investments
PO Box 110912
Big Bear Lake, CA 92315

Channing Ahn
375 San Juan Pl
Pasadena, CA 91107


Chris Cornella IRA
2730 N 9th Street
Canon City, CO 81212


Chris Ragone
409 Via Montego
San Clemente, CA 92672


Christian Gilmour
51 S. Coyle St Apt 208A
Apt 208A
Pensacola, Fl 32502


Christine B. Hord
c/o Eric Miller
Boutin Jones Inc.
555 Captiol Mall, Suite 1500
Sacramento, CA 95814


Christine Munyon
1402 Jinette
San Clemente, CA 92673


Connor Reeves
220 S Helberta Ave
Unit E
Redondo Beach, CA 90277


Cynthia Scannell IRA
1210 Solita Rd
Pasadena, CA 91103

Dale Johnson
2982 Bessemer St
San Diego, CA 92106


Dale Zeh
973 Country Club Parkway
Castle Rock, CO 80108


Dan Wagner
2832 NE 14th Ave
Portland, OR 97212


Daniel Waldburger
7948 Roseland Dr
La Jolla, CA 92037


Daniel Waldburger IRA
7948 Roseland Dr
La Jolla, CA 92037


Dave Walters
10426 Skye Paseo Ave
Las Vegas, NV 89166


David Dotson
213 Spring Creek Pl NE
Albuquerque, NM 87122


David Kummer
3512 Buena Vista Ave
Glendale, CA 91208

DeKalb County Tax Commissioner
Property Tax Division
P.O. Box 100004
Decatur, GA 30030


Denise Cervenka
2012 Craig Avenue
Altadena, CA 91001


Denise Cervenka IRA
2012 Craig Avenue
Altadena, CA 91001


Dilip Punjabi
1442 E Lincoln Ave
#318
Orange, CA 92867


Don Edge
887 Delgado Pl
Escondido, CA 92025


Don Sanford
820 Orpheus Avenue
Apt 2
Encinitas, CA 92024


Donnel Hord
2665 W Bullard Ave
Fresno, CA 93711


Donnell W. Hord Jr.
c/o Eric Miller
Boutin Jones Inc.
555 Capitol Mall, Suite 1500
Sacramento, CA

Elizabeth Lodwick
2175 Sherwood Rd
San Marino, CA 91108


Elizabeth Lodwick IRA
2175 Sherwood Rd
San Marino, CA 91108


Employment Development Department
Bankruptcy Group MIC 92E
Sacramento, CA 94280-0001


Enrique Jimenez
4914 Park Pl
South Gate, CA 90280


Eric Morgensen
10 Montpellier
Laguna Niguel, CA 92677


Eric Pearson
427 E 17th Street
Suite F-483
Costa Mesa, CA 92627


Evan Refold
6475 E Pacific Coast HWY
PMB 87
Long Beach, CA 90803


Everest Management
30 N Gould St Suite N.
Sheridan, WY 82801

Franchise Tax Board
Bankruptcy Section, MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Gavin Muir
909 Mullaghboy Rd
Glendora, CA 91741


Geoffrey Horn
825 Foxtail Ct
Walnut Creek, CA 94598


Grant Michelson
1242 El Vago St
La Canada, CA 91011


Greg Perrine
256 Palmer Street
Costa Mesa, CA 92627


Greg Perrine IRA
256 Palmer Street
Costa Mesa, CA 92627


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Isaac Abecassis
53 Boulder View
Irvine, CA 92603

Jack Harmon
19 Big Horn Trail
Silver City, NM 88061


James Dotson
213 Spring Creek Pl NE
Albuquerque, NM 87122


James Gilmour
2815 Via Montecito
San Clemente, CA 92672


Janet Irwin
76 Giralda Walk
Long Beach, CA 90803


Janet Irwin IRA
76 Giralda Walk
Long Beach, CA 90803


Janwinn Investment
76 Giralda Walk
Long Beach, CA 90803


Jay Cervenka LT trust
211 W Paseo De Cristobal
San Clemente, CA 92672


Jay Refold
270F N Camino Real
Unit 295
Encinitas, CA 92024

Jay Refold as Trustee of the Refold
  Family Trust Dated 2/28/2002
Michael Wallin/Wallin and Russell
26000 Towne Centre Dr., Suite 130
Foothill Ranch, CA 92610


Jeff Duvall
205 Verdugo Ave
Glendora, CA 91741


Jeff Keenan
725 10th Street
Manhattan Beach, CA 90266


Jeffrey Duvall
205 Verdugo Ave
Glendora, CA 91741


Joe Delgatto
6658 Sultana Ave
San Gabriel, CA 91775


Joel Abecassis
53 Boulder View
Irvine, CA 92603


John Mergenthaler
710 Guadalupe Ave
#5
Redondo Beach, CA 90277


John Mullen
404 Avenida Castilla
Unit C
Laguna Woods, CA 92637

John Murphy IRA
2348 Via Anacapa
Palos Verdes Estates, CA 90274

John Perrine
1124 Dennis Dr
Costa Mesa, CA 92626

Jon Woodruff
585 Oakfield Lane
Menlo Park, CA 94025

Jon Woodruff IRA
585 Oakfield Lane
Menlo Park, CA 94025

Jordan Rosen
11712 Kings Arms Lane
Las Vegas, NV 89138

Joy Rosen
11712 Kings Arms Lane
Las Vegas, NV 89138

Kathleen Perrine IRA
1124 Dennis Dr
Costa Mesa, CA 92626

Keaton Marks
111 Chesterfield Dr
Ste 123B. Cardiff, CA 92007

Keith Williams
910 Wallingford Circle
Lake Havasu City, AZ 86406


Kelly Cervenka
806 Newman Dr
Austin, TX 78703


Kelly Mergenthaler
121 Saint Marks Pl
Apt 11
New York, NY 10009


Kim Kanner
5576 Pheasant Dr
Fontana, CA 92336


King Family Investments
5120 Avenida Encinas
Carlsbad, CA 92008


KP Group Enterprises
8452 Commonwealth Ave
Buena Park, CA 90621


Larry Miller
2016 Appersett Loop
Roseville, CA 95747


Laura Morland
1203 Walnut St
Berkeley, CA 94709

Leucadia Investments
455 Hillcrest Dr
Encinitas, CA 92024


Lisa Paulson IRA
18 Dahlia
Lake Forest, CA 92630


Lisa Preston
PO Box 60637
Pasadena, CA 91116


Lisa Preston IRA
PO Box 60637
Pasadena, CA 91116


Lisa Uribe
2050 Huntington Dr
Ste D
South Pasadena, CA 91030


Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110


Makenna Refold
6475 E Pacific Coast HWY
PMB 87
Long Beach, CA 90803


Mark Jerger
1529 Halia Ct
Encinitas, CA 92024

Mark Nalley
41373 Avenida Delores
Murrietta, CA 92562


Mark Reynolds
5901 Eton Ct
San Diego, CA 92122


Marks Captial
512 Via De La Valle
Suite 300
Solana Beach, CA 92075


MCV Asset Funding
21372 Augustana Circle
Huntington Beach, CA 92646


MCV Investments
21372 Augustana Circle
Huntington Beach, CA 92646


Michael C Vernick
21372 Augustana Circle
Huntington Beach, CA 92646


Michael Colman
1304 Opal St
San Diego, CA 92109


Michael Flanagan
7569 El Paso St
La Mesa, CA 91942

Michael L Vernick
2221 Via Acalones
Palos Verdes Estates, CA 90274


Michael Marks
17153 Calle Corte
#2061
Rancho Santa Fe, CA 92067


Michael Marks IRA
17153 Calle Corte
#2061
Rancho Santa Fe, CA 92673


Michael Scannell IRA
1210 Solita Rd
Pasadena, CA 91103


Michelle Cooper
5928 Rowland Ave
Temple City, CA 91780


Mike Strand
16768 Shore Dr NE
Lake Forest Park, WA 98155


Ofer Ton
9 Hickory
Irvine, CA 92614


Ognol Properties
543 El Medio Ave
Pacific Palisades, CA 90272

Patrick Obrien
1624 Via Sage
San Celemente, CA 92673


Paul Cervenka
1654 Huntington Dr Apt F
Apt F
S Pasadena, CA 91030


Peter Gilmour
11970 Montana Ave
Apt 117
Los Angeles, CA 90049


Pina Campilongo
3986 N Peardale Dr
Lafayette, CA 94549


Raptor Industries
3625 W. Teco Ave
#5
Las Vegas, NV 89118


Reeves Group
220 S Helberta Ave
Unit E
Redondo Beach, CA 90277


Regina Carlin
1623 Lake St
Calistoga, CA 94515


Richard Kennedy
1542 Aerie Dr.
Park City, UT 84060

Robert Friedman IRA
2852 Homestead Drive
Easton, PA 18040


Robert Svendsen
2253 Ranch View Ter
Encinitas, CA 92024


Robin King
7125 Aviara Dr.
Carlsbad, CA 92011


Robyn Cervenka
500 Forest Blf
Apt 9
Encinitas, CA 92024


Roderick J Murray
3986 N Peardale Dr
Lafayette, CA 94549


Roderick J Murray IRA
3986 N Peardale Dr
Lafayette, CA 94549


Ronald Hartmayer
12 Castlebar
Irvine, CA 92618


Rudy Red Rosen
11712 Kings Arms Lane
Las Vegas, NV 89138

RVC03 Investments
361 Whitetail Cir
Lafayette, CO 80026


Sante Holdings
PO Box 30570
Santa Barbara, CA 93130


Savannah King
1484 Grizzly Peak Blvd
Berkeley, CA 94708


Scott Hackman
4637 N Painted Sky Dr
St George, UT 84770


Silvina Vaccaro
801 Cliff Dr
Newport Beach, CA 92663


State Board of Equalization
Special Operations Bankruptcy Team
MIC 74
P.O. Box 942879
Sacramento, CA 94279-0074


State of Florida
Florida Deparatment of Revenue
Office of Technical Assistance
P.O. Box 7443
Tallahassee, FL 32314


State of Florida Leon County
P. O. Box 1835
Tallahassee, FL 32302

State of Georgia Fulton County
Fulton County Tax Commissioner
141 Pryor St. SW, Suite 1106
Atlanta, GA 30303


Steve Mergenthaler
455 Hillcrest Dr
Encinetas, CA 92024


Steve Silk
1272 Sherwood Rd
San Marino, CA 91108


Terry Paulson IRA
18 Dahlia
Lake Forest, CA 92630


Theodore Santos
2909 10th St
Boulder, CO 80304


Tim Markel
26262 Via Corrizo
San Juan Capistrano, CA 92675


Timothy Smith
3323 SW Seola Ln
Seattle, WA 98146


Tootall LLC
18615 Park Meadow Lane
Huntington Beach, CA 92648

Trmy Inc
5840 W Craig Road
Suite 120-132
Las Vegas, NV 89630


Valerie Weiss
920 Chester Avenue
San Marino, CA 91108


William Anderson
5407 Godbey Dr
La Canada, CA 91011


Woongil Choe
10405 Independence Ave
Chatsworth, CA 91311