FILED & ENTERED

MAR 02 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis      DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re:

Allstate Lending Group Servicing LLC,

                    Debtor.

Case No.: 2:26-bk-11882-NB
CHAPTER 11

**PROCEDURES ORDER**

Principal Status Conference:
Date:  April 7, 2026
Time:  1:00 p.m.
Place: Courtroom 1545
      255 E. Temple Street
      Los Angeles, CA 90012
(or via ZoomGov per posted procedures)

IT IS HEREBY ORDERED as follows:

1.      <u>Service</u>.  Debtor is directed to serve this order via U.S. Mail on all parties in interest and file a proof of service **no later than two Court days after this order is entered on the docket**.

2.      <u>Status conferences</u>.  Debtor and their counsel, if any, must attend the Principal Status Conference at the place and time set forth above (per § 105(a)&(d)).[1] Debtor need <u>not</u> attend any other status conferences if their counsel attends, unless otherwise ordered.  **Without further notice** this Court will automatically hold other

---

[1] For joint individual cases, just one debtor must attend.  For cases by any organization (corporation, partnership, etc.) the person who is responsible for Debtor in this bankruptcy case must attend.  Tentative rulings and the "Procedures of Judge Bason" ("Posted Procedures") are at www.cacb.uscourts.gov.  "Section" ("§") means a section of the U.S. Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Code"), "Rule" means the Federal Rules of Bankruptcy Procedure or Local Bankruptcy Rules, and other terms have the meanings provided in the Code and the Rules.

status conferences at the same time as any other hearing in this case and may issue appropriate orders including on:  (a) case management (*e.g.,* limiting notice), (b) case disposition (*e.g.,* appoint a trustee, conversion, dismissal, and imposing a bar against future bankruptcies – even if the case has already been dismissed), (c) deadlines (*e.g.,* for proofs of claim), (d) management of adversary proceedings and contested matters, and (e) mediation.  *See, e.g., In re Bibo, Inc.,* 76 F.3d 256 (9th Cir. 1996).

3.    Case Status Report.  At least **fourteen (14) days before the Principal Status Conference**, Debtor must (a) file a Case Status Report on Local Form F 2081-1.1.C11.STATUS.RPT or (for Subchapter V) F 2015-3.1.SUBV.STATUS.RPT, (b) serve it on all parties in interest, and (c) file a proof of service.

4.    Affiliates.  For all reporting purposes – including Monthly Operating Reports ("MORs"), disclosure statements, etc. – Debtor must disclose all income, expenses, assets, and liabilities of (a) affiliated businesses and (b) any spouse.  *See* §§ 101(2) & (9); Rule 2015.3; *SBE v. Woo*, 82 Cal. App.4th 481, 483-84 (2000).  Prior authorization of this Court is required for Debtor to cause any affiliate to act out of the ordinary course of that affiliate's business (§ 363(b)).  In jointly administered cases, MORs must be filed in each debtor's separate case.  Debtor may request at the principal status conference to be excused from these requirements.

5.    Procedures.  All parties in interest are cautioned to review the Posted Procedures (*see* n. 1 above), including special procedures regarding any plan.

###

Date: March 2, 2026

Neil W. Bason
United States Bankruptcy Judge