| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **RAINES FELDMAN LITTRELL LLP**<br>Kyra E. Andrassy, State Bar No. 207959<br>*kandrassy@raineslaw.com*<br>Stephen M. Mott, State Bar No. 362642<br>*smott@raineslaw.com*<br>4675 MacArthur Court, Suite 1550<br>Newport Beach, CA  92660<br>Telephone: (310) 440-4100<br>Facsimile:   (310) 691-1943<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Allstate Lending Group, Inc. and Allstate Lending Group Servicing LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  Los Angeles Division**

| In re:<br>ALLSTATE LENDING GROUP, INC.,<br><br><div align="right">Debtor(s)</div> | LEAD CASE NO.: 2:26-bk-11879-NB<br><br>CHAPTER: 11<br><br>JOINTLY ADMINISTERED WITH: |
|---|---|
| In re:<br>ALLSTATE LENDING GROUP SERVICING LLC,<br><br><div align="right">Debtor(s)</div> | CASE NO.: 2:26-bk-11882-NB<br><br>CASE NO.:<br><br>CASE NO.:<br><br>CASE NO.: |
| ☒ Affects All Debtors<br><br>☐ Affects<br><br>☐ Affects<br><br>☐ Affects<br><br>☐ Affects<br><br>☐ See attached for additional Debtors<br><br><br><div align="right">Debtor(s)</div> | CASE NO.:<br>☐ See attached for additional Case Numbers |
| | **NOTICE OF JOINT ADMINISTRATION OF CASES AND REQUIREMENTS FOR FILING DOCUMENTS**<br><br>**[LBR 1015-1]**<br><br><br>[No Hearing Required] |

TO: THE U.S. TRUSTEE AND ALL PARTIES IN THESE JOINTLY ADMINISTERED CASES: An order was entered on (*date*) <u>March 4, 2026</u> granting a motion to approve joint administration of cases pursuant to FRBP 1015 and LBR 1015-1, under the lead case indicated in the caption of this notice.

1. **Required Caption on Documents** – All documents filed must contain a caption in substantially the same format and content as the caption of this notice.

2. **Debtors Affected by a Filed Document** – All documents filed must indicate, by checking appropriate boxes, the debtor or debtors affected by the filed document.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

3. **Filing Documents on Main Case Docket** – Unless indicated below in paragraph 4, all documents must be filed on the docket of the lead case indicated on the caption of this notice.

4. **Filing Proof of Claims on Docket of Individual Case** – Notwithstanding joint administration of these cases, creditors must file their respective proofs of claim as to the specific affected and applicable debtor using the case number and claim register for the specific affected and applicable debtor.

5. **Parties to File a Request to be Added to Courtesy NEF** – To facilitate notice and service of documents via Notice of Electronic Filing, all parties who previously electronically filed documents only in cases other than the lead case must promptly file in the lead case a Request to be Added to Courtesy Notice of Electronic Filings, using the court- approved form.

6. **Other**:

Date: March 5, 2026                                    By:  /s/ Kyra E. Andrassy
                                                              Signature

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF JOINT ADMINISTRATION OF CASES AND REQUIREMENTS FOR FILING DOCUMENTS**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 5, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy**    kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Brian D. Cronin**    brian@briancroninlaw.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **March 5, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 5, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-2
Case 2:26-bk-11882-NB
Central District of California
Los Angeles
Thu Mar  5 08:07:06 PST 2026

Allstate Lending Group Servicing LLC
c/o Howard B Grobstein, CRO
6300 Canoga Avenue, Suite 1500W
Woodland Hills, CA 91367-2555

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

3367 Crestwood Parkway Holding
7 St. Paul Street, Suite 1660
Baltimore, MD 21202-1407

Adam Deierling
5328 Sharynne Ln
Torrance, CA 90505-3246

Alexandria Wheeler
13958 Chester Ave
Saratoga, CA 95070-5620

Alisa Abecassis
c/o Todd E. Chvat
Wright Finlay & Zak LLp
4665 MacArthur Ct #200
Newport Beach, CA 92660-1811

Allen Reback
2115 Voorhees Ave
Unit B
Redondo Beach, CA 90278-2421

Andrew Roundtree
76 Giralda Walk
Long Beach, CA 90803-4126

Andrew Roundtree IRA
76 Giralda Walk
Long Beach, CA 90803-4126

Anthony Guichard
300 Saint Joseph Ave
Long Beach, CA 90814-3131

Ardent Hospice
2110 N. Winery Ave
Fresno, CA 93703-4831

Aron Abecassis Trustee of the Aron
Abecassis Rev Trust Dtd 4/14/04
Todd Chvat / Wright, Finlay & Zak
4665 MacArthur Ct., Suite 200
Newport Beach, CA 92660-1811

Arthur Nighswonger
944 S Greenwood Ave
Montebello, CA 90640-5816

Benjamin Kirsh
11602 Weatherby Rd
Los Alamitos, CA 90720-3849

Bob Ward
3338 Harvey Way
Lakewood, CA 90712-3764

Brendon Marks
6914 Pasadena Ave
Dallas, TX 75214-3814

Brendon Marks IRA
6914 Pasadena Ave
Dallas, TX 75214-3814

Brett Friedman
4040 Barranca Pkwy
Ste 280
Irvine, CA 92604-4782

Brett Perrine
26571 Stetson Pl
Laguna Hills, CA 92653-5732

Brian Scilacci
557 Toyopa Dr
Pacific Palisades, CA 90272-4470

Brian Van Vechten
6405 Kenzie Cir
Castle Pines, CO 80108-4011

C-Family Investments
2730 N 9th Street
Canon City, CO 81212-8516

Chalan Investments
PO Box 110912
Big Bear Lake, CA 92315-8930

Channing Ahn
375 San Juan Pl
Pasadena, CA 91107-5327

Chris Cornella IRA
2730 N 9th Street
Canon City, CO 81212-8516

Chris Ragone
409 Via Montego
San Clemente, CA 92672-3628

Christian Gilmour
51 S. Coyle St Apt 208A
Apt 208A
Pensacola, Fl 32502-5550

Christine B. Hord
c/o Eric Miller
Boutin Jones Inc.
555 Captiol Mall, Suite 1500
Sacramento, CA 95814-4603

Christine Munyon
1402 Jinette
San Clemente, CA 92673-3473

Connor Reeves
220 S Helberta Ave
Unit E
Redondo Beach, CA 90277-3484

Cynthia Scannell IRA
1210 Solita Rd
Pasadena, CA 91103-2452

Dale Johnson
2982 Bessemer St
San Diego, CA 92106-3008

Dale Zeh
973 Country Club Parkway
Castle Rock, CO 80108-8242

Dan Wagner
2832 NE 14th Ave
Portland, OR 97212-3203

Daniel Waldburger
7948 Roseland Dr
La Jolla, CA 92037-3345

Daniel Waldburger IRA
7948 Roseland Dr
La Jolla, CA 92037-3345

Dave Walters
10426 Skye Paseo Ave
Las Vegas, NV 89166-1204

David Dotson
213 Spring Creek Pl NE
Albuquerque, NM 87122-2015

David Kummer
3512 Buena Vista Ave
Glendale, CA 91208-1204

DeKalb County Tax Commissioner
Property Tax Division
P.O. Box 100004
Decatur, GA 30031-7004

Denise Cervenka
2012 Craig Avenue
Altadena, CA 91001-3517

Denise Cervenka IRA
2012 Craig Avenue
Altadena, CA 91001-3517

Dilip Punjabi
1442 E Lincoln Ave
#318
Orange, CA 92865-1934

Don Edge
887 Delgado Pl
Escondido, CA 92025-5666

Don Sanford
820 Orpheus Avenue
Apt 2
Encinitas, CA 92024-2157

Donnel Hord
2665 W Bullard Ave
Fresno, CA 93711-2209

Donnell W. Hord Jr.
c/o Eric Miller
Boutin Jones Inc.
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603

Elizabeth Lodwick
2175 Sherwood Rd
San Marino, CA 91108-2850

Elizabeth Lodwick IRA
2175 Sherwood Rd
San Marino, CA 91108-2850

Employment Development Department
Bankruptcy Group MIC 92E
Sacramento, CA 94280-0001

Enrique Jimenez
4914 Park Pl
South Gate, CA 90280-3477

Eric Morgensen
10 Montpellier
Laguna Niguel, CA 92677-5432

Eric Pearson
427 E 17th Street
Suite F-483
Costa Mesa, CA 92627-3201

Evan Refold
6475 E Pacific Coast HWY
PMB 87
Long Beach, CA 90803-4201

Everest Management
30 N Gould St Suite N.
Sheridan, WY 82801-6317

Franchise Tax Board
Bankruptcy Section, MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Gavin Muir
909 Mullaghboy Rd
Glendora, CA 91741-2253

Geoffrey Horn
825 Foxtail Ct
Walnut Creek, CA 94598-5400

Grant Michelson
1242 El Vago St
La Canada, CA 91011-1741

Greg Perrine
256 Palmer Street
Costa Mesa, CA 92627-3749

Greg Perrine IRA
256 Palmer Street
Costa Mesa, CA 92627-3749

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Isaac Abecassis
53 Boulder View
Irvine, CA 92603-0409

Jack Harmon
19 Big Horn Trail
Silver City, NM 88061-8656

James Dotson
213 Spring Creek Pl NE
Albuquerque, NM 87122-2015

James Gilmour
2815 Via Montecito
San Clemente, CA 92672-3623

Janet Irwin
76 Giralda Walk
Long Beach, CA 90803-4126

Janet Irwin IRA
76 Giralda Walk
Long Beach, CA 90803-4126

Janwinn Investment
76 Giralda Walk
Long Beach, CA 90803-4126

Jay Cervenka LT trust
211 W Paseo De Cristobal
San Clemente, CA 92672-5434

Jay Refold
270F N Camino Real
Unit 295
Encinitas, CA 92024-2856

Jay Refold as Trustee of the Refold
Family Trust Dated 2/28/2002
Michael Wallin/Wallin and Russell
26000 Towne Centre Dr., Suite 130
Foothill Ranch, CA 92610-3444

Jeff Duvall
205 Verdugo Ave
Glendora, CA 91741-3973

Jeff Keenan
725 10th Street
Manhattan Beach, CA 90266-5805

Jeffrey Duvall
205 Verdugo Ave
Glendora, CA 91741-3973

Joe Delgatto
6658 Sultana Ave
San Gabriel, CA 91775-1940

Joel Abecassis
53 Boulder View
Irvine, CA 92603-0409

John Mergenthaler
710 Guadalupe Ave
#5
Redondo Beach, CA 90277-2269

John Mullen
404 Avenida Castilla
Unit C
Laguna Woods, CA 92637-8010

John Murphy IRA
2348 Via Anacapa
Palos Verdes Estates, CA 90274-2632

John Perrine
1124 Dennis Dr
Costa Mesa, CA 92626-1651

Jon Woodruff
585 Oakfield Lane
Menlo Park, CA 94025-6126

Jon Woodruff IRA
585 Oakfield Lane
Menlo Park, CA 94025-6126

Jordan Rosen
11712 Kings Arms Lane
Las Vegas, NV 89138-6045

Joy Rosen
11712 Kings Arms Lane
Las Vegas, NV 89138-6045

KP Group Enterprises
8452 Commonwealth Ave
Buena Park, CA 90621-2528

Kathleen Perrine IRA
1124 Dennis Dr
Costa Mesa, CA 92626-1651

Keaton Marks
111 Chesterfield Dr
Ste 123B. Cardiff, CA 92007-1918

Keith Williams
910 Wallingford Circle
Lake Havasu City, AZ 86406-7858

Kelly Cervenka
806 Newman Dr
Austin, TX 78703-4306

Kelly Mergenthaler
121 Saint Marks Pl
Apt 11
New York, NY 10009-5138

Kim Kanner
5576 Pheasant Dr
Fontana, CA 92336

King Family Investments
5120 Avenida Encinas
Carlsbad, CA 92008-4384

Kyra E. Andrassy
Raines Feldman Littrell LLP
4675 MacArthur Court
Suite 1550
Newport Beach, CA 92660-2042

Larry Miller
2016 Appersett Loop
Roseville, CA 95747-9550

Laura Morland
1203 Walnut St
Berkeley, CA 94709-1406

Leucadia Investments
455 Hillcrest Dr
Encinitas, CA 92024-1530

Lisa Paulson IRA
18 Dahlia
Lake Forest, CA 92630-8379

Lisa Preston
PO Box 60637
Pasadena, CA 91116-6637

Lisa Preston IRA
PO Box 60637
Pasadena, CA 91116-6637

Lisa Uribe
2050 Huntington Dr
Ste D
South Pasadena, CA 91030-4900

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

MCV Asset Funding
21372 Augustana Circle
Huntington Beach, CA 92646-7539

MCV Investments
21372 Augustana Circle
Huntington Beach, CA 92646-7539

Makenna Refold
6475 E Pacific Coast HWY
PMB 87
Long Beach, CA 90803-4201

Mark Jerger
1529 Halia Ct
Encinitas, CA 92024-2624

Mark Nalley
41373 Avenida Delores
Murrietta, CA 92562-7368

Mark Reynolds
5901 Eton Ct
San Diego, CA 92122-3203

Marks Captial
512 Via De La Valle
Suite 300
Solana Beach, CA 92075-2715

Michael C Vernick
21372 Augustana Circle
Huntington Beach, CA 92646-7539

Michael Colman
1304 Opal St
San Diego, CA 92109-1911

Michael Flanagan
7569 El Paso St
La Mesa, CA 91942-4302

Michael L Vernick
2221 Via Acalones
Palos Verdes Estates, CA 90274-1646

Michael Marks
17153 Calle Corte
#2061
Rancho Santa Fe, CA 92067

Michael Marks IRA
17153 Calle Corte
#2061
Rancho Santa Fe, CA 92673

Michael Scannell IRA
1210 Solita Rd
Pasadena, CA 91103-2452

Michelle Cooper
5928 Rowland Ave
Temple City, CA 91780-2240

Mike Strand
16768 Shore Dr NE
Lake Forest Park, WA 98155-5634

Ofer Ton
9 Hickory
Irvine, CA 92614-7481

Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017-3560

Ompol Properties
543 El Medio Ave
Pacific Palisades, CA 90272-4223

Patrick Obrien
1624 Via Sage
San Celemente, CA 92673-3708

Paul Cervenka
1654 Huntington Dr Apt F
Apt F
S Pasadena, CA 91030-4737

Peter Gilmour
11970 Montana Ave
Apt 117
Los Angeles, CA 90049-6601

Pina Campilongo
3986 N Peardale Dr
Lafayette, CA 94549-2836

RVC03 Investments
361 Whitetail Cir
Lafayette, CO 80026-9071

Raptor Industries
3625 W. Teco Ave
#5
Las Vegas, NV 89118-6819

Reeves Group
220 S Helberta Ave
Unit E
Redondo Beach, CA 90277-3484

Regina Carlin
1623 Lake St
Calistoga, CA 94515-1329

Richard Kennedy
1542 Aerie Dr.
Park City, UT 84060-8816

Robert Friedman IRA
2852 Homestead Drive
Easton, PA 18040-8642

Robert Svendsen
2253 Ranch View Ter
Encinitas, CA 92024-6537

Robin King
7125 Aviara Dr.
Carlsbad, CA 92011-4901

Robyn Cervenka
500 Forest Blf
Apt 9
Encinitas, CA 92024-5834

Roderick J Murray
3986 N Peardale Dr
Lafayette, CA 94549-2836

Roderick J Murray IRA
3986 N Peardale Dr
Lafayette, CA 94549-2836

Ronald Hartmayer
12 Castlebar
Irvine, CA 92618-4043

Rudy Red Rosen
11712 Kings Arms Lane
Las Vegas, NV 89138-6045

Sante Holdings
PO Box 30570
Santa Barbara, CA 93130-0570

Savannah King
1484 Grizzly Peak Blvd
Berkeley, CA 94708-2223

Scott Hackman
4637 N Painted Sky Dr
St George, UT 84770-5482

Silvina Vaccaro
801 Cliff Dr
Newport Beach, CA 92663-5816

State Board of Equalization
Special Operations Bankruptcy Team
MIC 74
P.O. Box 942879
Sacramento, CA 94279-0074

State of Florida
Florida Deparatment of Revenue
Office of Technical Assistance
P.O. Box 7443
Tallahassee, FL 32314-7443

State of Florida Leon County
P. O. Box 1835
Tallahassee, FL 32302-1835

State of Georgia Fulton County
Fulton County Tax Commissioner
141 Pryor St. SW, Suite 1106
Atlanta, GA 30303-3446

Steve Mergenthaler
455 Hillcrest Dr
Encinetas, CA 92024-1530

Steve Silk
1272 Sherwood Rd
San Marino, CA 91108-1815

Terry Paulson IRA
18 Dahlia
Lake Forest, CA 92630-8379

Theodore Santos
2909 10th St
Boulder, CO 80304-3019

Tim Markel
26262 Via Corrizo
San Juan Capistrano, CA 92675-4190

Timothy Smith
3323 SW Seola Ln
Seattle, WA 98146-1834

Tootall LLC
18615 Park Meadow Lane
Huntington Beach, CA 92648-6817

Trmy Inc
5840 W Craig Road
Suite 120-132
Las Vegas, NV 89130-2561

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Valerie Weiss
920 Chester Avenue
San Marino, CA 91108-1322

William Anderson
5407 Godbey Dr
La Canada, CA 91011-1835

Woongil Choe
10405 Independence Ave
Chatsworth, CA 91311-2337

Jay Refold
Cronin Law
2122 N. Broadway
Santa Ana, CA 92706-2614

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Allstate Lending Group Servicing LLC
c/o Howard B. Grobstein, CRO
6300 Canoga Avenue, Suite 1500W
Woodland Hills, CA 91367-2555

(d)Kyra E Andrassy
Raines Feldman Littrell LLP
4675 MacArthur Court
Ste 1550
Newport Beach, CA 92660-2042

End of Label Matrix
Mailable recipients    159
Bypassed recipients      2
Total                  161